# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYGO, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>MISSION BEACH INDUSTRIES, LLC,<br><br>*Defendant*. | Case No.: 3:18-CV-2088-GPC-RBB<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL AND DIRECTING THE CLERK TO CLOSE THE CASE** |

On September 12, 2018, the Parties attended a settlement conference at which the Parties were able to resolve this action. The Court, for good cause shown, grants the Joint Motion to Dismiss and dismisses the entire action with prejudice, with each party to bear its costs, expenses, and attorneys' fees. The Clerk is directed to close the case.

**IT IS SO ORDERED.**

Dated: September 25, 2018

Hon. Gonzalo P. Curiel
United States District Judge